■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GERARD PERKINS, Appellant. [634 NYS2d 385] —Appeal by the defendant from a judgment of the County Court, Orange County (Pano Z. Patsalos, J.), rendered December 15, 1994, convicting him of criminal sale of a controlled substance in the third degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

Under the circumstances of this case, the sentence imposed

was neither harsh nor excessive *(see, People v Suitte,* 90 AD2d 80).

We have considered the appellant's remaining contention and find it to be without merit. Mangano, P. J. Miller, Santucci and Hart, JJ., concur.